SILVITA ROUSEAU, APPELLANT, v. JAKE DIELEMAN AND JAKE'S CRANE & RIGGING, INC., A CORPORATION, RESPONDENTS.

No. 7212

March 26, 1974                                    519 P.2d 1135

*Eric Zubel,* of Las Vegas, for Appellant.

*Ralph L. Denton,* of Las Vegas, for Respondents.

## OPINION

*Per Curiam:*

We find no reversible error in the trial court's order, which dismissed plaintiff's action pursuant to NRCP 41(b), after presentation of her evidence. On review of the record, we believe the trial judge could properly determine, not only that plaintiff failed to prove any actual damage by reason of the defendants' alleged trespass upon her land, but also that she failed to prove either of them was indeed responsible for the alleged trespass.

Affirmed.